TURNER, Tax Collector, v. JACKSON LUMBER CO.

(Circuit Court of Appeals, Fifth Circuit. March 24, 1908.)

No. 1,694.

COURTS—FEDERAL COURTS—AMOUNT IN CONTROVERSY.

Where suit was brought against a tax collector to enjoin the collection of certain taxes, the amount of which was less than $2,000, the case was not within the jurisdiction of a federal court.

[Ed. Note.—Jurisdiction of Circuit Courts as dependent on the amount in controversy, see notes to Auer v. Lombard, 19 C. C. A. 75; Tennent-Stribling Shoe Co. v. Roper, 36 C. C. A. 459.]

Appeal from the Circuit Court of the United States for the Northern District of Florida.

S. K. Gillis (W. H. Ellis, on the brief), for appellant.
Wm. W. Flournoy, for appellee.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

SHELBY, Circuit Judge. This suit is between the same parties and is like the case just decided. 159 Fed. 923. It is a suit to enjoin the collection of the taxes for the year 1905 on the same land and upon the same grounds. The same defenses were interposed. The record shows that the amount of taxes sought to be enjoined and declared illegal is less than $2,000. The Circuit Court, as in the first case, decided in favor of the complainant, and against the tax collector, who appealed.

The decree of the Circuit Court is reversed for want of jurisdiction, and the cause remanded, with instructions to dismiss the bill.